No. 93–5506. MAYER *v.* BROWN, SECRETARY OF VETERANS AFFAIRS. C. A. 3d Cir. Certiorari denied.

No. 93–5507. SHEHEE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–5508. TEMPLE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–5509. VERNON *v.* CRUTCHFIELD. C. A. 10th Cir. Certiorari denied.

No. 93–5510. VERNON *v.* MARRIOTT HOTEL OF ALBUQUERQUE ET AL. C. A. 10th Cir. Certiorari denied.

No. 93–5511. VERNON *v.* STEVENS ET AL. C. A. 10th Cir. Certiorari denied.

No. 93–5513. CRITSLEY *v.* FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 93–5514. WILLIAMS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–5515. WASHINGTON *v.* PARKER, WARDEN. C. A. 4th Cir. Certiorari before judgment denied.

No. 93–5516. SICAIROS *v.* BURNS, WARDEN. Sup. Ct. Nev. Certiorari denied.

No. 93–5517. CORTES CRUZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–5518. DAVIS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–5519. CARSON *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 93–5520. CASTRO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–5521. FERRARA *v.* KEANE, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.